*John F. Lambert,* in opposition.

Decided October 2, 2000

MILDRED B. BORDEN *v.* PLANNING AND ZONING
COMMISSION OF THE TOWN OF NORTH
STONINGTON ET AL.

*Elissa T. Wright,* in support of the petition.

*Richard S. Cody,* in opposition.

Decided October 2, 2000

HECTOR GONZALEZ *v.* COMMISSIONER OF
CORRECTION

KATZ, J., did not participate in the consideration or decision of this petition.

*Sandra J. Crowell,* special public defender, in support of the petition.

*Frederick W. Fawcett,* supervisory assistant state's attorney, in opposition.

Decided October 2, 2000